**UNITED STATES DISTRICT COURT**    **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| RAINER VONFALKENHORST, III, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:19-CV-336 |
| | § | |
| GEO GROUP, INC., | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Three plaintiffs, proceeding *pro se*, filed the above-styled lawsuit. The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that a motion for temporary restraining order filed by plaintiff Vonfalkenhorst be denied.

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. No objections were filed to the Report and Recommendation.

## ORDER

Accordingly, the findings of fact and conclusions in the Report are correct and the Report of the magistrate judge is **ADOPTED**.  The motion for temporary restraining order is **DENIED**.

SIGNED at Beaumont, Texas, this 10th day of March, 2020.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE