| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

RANIER VONFALKENHORST, III, *et al.*, §
§
    Plaintiffs, §
§
*versus* §   CIVIL ACTION NO. 1:19-CV-336
§
GEO GROUP, INC., *et al.*, §
§
    Defendants. §

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This case was filed by four plaintiffs proceeding *pro se*, including Phillip Stanley. The court previously referred this matter to a United States Magistrate Judge for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the claims of Plaintiff Stanley be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. No objections were filed to the Report and Recommendation.

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge (#23) is **ADOPTED**. The claims of Plaintiff Stanley are **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

SIGNED at Beaumont, Texas, this 28th day of December, 2021.

                                                    */s/ Marcia A. Crone*
                                                  MARCIA A. CRONE
                                          UNITED STATES DISTRICT JUDGE