| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

RANIER VONFALKENHORST, III, *et al.*, §
§
    Plaintiffs, §
§
*versus* §   CIVIL ACTION NO. 1:19-CV-336
§
GEO GROUP, INC., *et al.*, §
§
    Defendants. §

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Rainer Vonfalkenhorst, III, and Woodrow Legg, proceeding *pro se*, filed the above-styled lawsuit.[1] The court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the claims of Plaintiffs Vonfalkenhorst and Legg be dismissed pursuant to Federal Rule of Civil Procedure 41(b). The recommendation was based on the failure of these plaintiffs to provide the court with a correct address.

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. No objections were filed to the Report and Recommendation.

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge (#33) is **ADOPTED**. A final judgment shall be entered in accordance with the recommendation of the magistrate judge.

SIGNED at Beaumont, Texas, this 11th day of January, 2022.

                                       MARCIA A. CRONE
                                UNITED STATES DISTRICT JUDGE

---

[1] Two additional individuals were named as plaintiffs. The claims of the additional two plaintiffs were previously dismissed.